UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
MARIAN KARUS AND BARBARA KARUS,

                                                                                              07-CV-01635 (AKH)

                            Plaintiffs,

     -against-

ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING0STEAMATIC CATASTROPHE, INC.
D/B/A/ BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
BT PRIVATE CLIENTS CORP.,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BANK OF NEW YORK TRUST COMPANY NA,
THE NEW YORK CITY DEPARTMENT OF EDUCATION,
THE NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
TISHMANINTERIORS CORPORATION,
TOSCORP INC.,
TRIBECA NOTH END LLC.
WESTON SOLUTIONS, INC.,
WFP TOWER B CO.G.P. CORP.,

WFP TOWER B. HOLDING CO., LP, AND
WFP TOWER B.CO.,L.P., ET AL

                      Defendants.

------------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

      WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                                      Yours, etc.

                                      FRIEDMAN, HARFENIST, LANGER & KRAUT
                                      Attorneys for Defendant –Envirotech
                                      3000 Marcus Avenue, Suite 2E1
                                      Lake Success, New York 11042
                                      (516) 775-5800
                                      BY: _____
                                             Heather L. Smar (4622)