x:\ats51942\adoption

ROGER P. McTIERNAN, JR. (PRM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X    21 MC 102 (AKH)
MARIAN KARUS AND BARBARA KARUS,

                                    Civil Action No.: 07cv1635

                                    **NOTICE OF ADOPTION**

                      Plaintiff,

      -against-

ALAN KASMAN DBA KASCO, ANN
TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY, BATTERY
PARK CITY AUTHORITY, BLACKMON-
MOORING-STEAMATIC CATASTROPHE,
INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC.,
BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., BT
PRIVATE CLIENTS CORP., DEUTSCHE
BANK TRUST COMPANY, DEUTSCHE
BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP,
LLC., INDOOR ENVIRONMENTAL

AMERICAN, INC., NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC., WESTON SOLUTIONS, INC., WFP TOWER B. CO., G.P. CORP. WFP TOWER B HOLDINGS CO., LP., AND WFP TOWER B. CO., L.P.,

                              Defendants.
------------------------------------------------------------------X

COUNSELORS:

    PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York

      October 12, 2007

                                                              /s/
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600